HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
LOUIS H. ALTMAN, ESQ., SBN 167103
VANESSA M. HABERBUSH, ESQ., SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile:  (562) 435-6335
E-Mail: dhaberbush@lbinsolvency.com

Attorneys for Creditors/Appellants
TRIPLE NINE PLUS FINE LAND AND MINING COMPANY, LLC, and C.B. NANDA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY SUMNER CHILDS<br><br>Debtor. | Case No. 8:12-bk-23047-MW<br><br>**Chapter 7**<br><br>**NOTICE OF APPEAL** |

Triple Nine Plus Fine Land and Mining Company, LLC, and C.B. Nanda ("Creditors") appeal under 28 U.S.C. § 158(b) from the judgment, order, or decree of the Bankruptcy Judge entered in this bankruptcy proceeding on November 6, 2013 [docket number 163], which approved a stipulation for subordination of secured creditor claim.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

///

///

| Party | Party's Attorneys |
|---|---|
| Jeffrey Sumner Childs, Debtor | Pro Se<br>1139 Aviemore Terrace<br>Costa Mesa, CA 92627 |
| Jeffrey I. Golden, Chapter 7 Trustee | Jeffrey I. Golden<br>Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP<br>P.O. Box 2470<br>Costa Mesa, CA 92628-2470<br>(714) 966-1000<br>Email: ljones@wgllp.com |
| | Ashley M. McDow<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd.<br>15th Floor<br>Los Angeles, CA 90025<br>310-820-8800<br>Fax : 310-820-8859<br>Email: amcdow@bakerlaw.com |
| | Scott C. Timpe<br>Mirman, Bubman & Nahmias LLP<br>21860 Burbank Blvd Ste 360<br>Woodland Hills, CA 91367-7406<br>818-451-4600<br>Fax : 818-451-4620<br>Email: stimpe@mbnlawyers.com |
| United States Trustee, Santa Ana | None<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-4593 |
| Leslie A. Tucker, Creditor | Roger F. Friedman<br>Rutan & Tucker, LLP<br>611 Anton Blvd 14th Fl<br>Costa Mesa, CA 92626-1931<br>714-641-5100<br>rfriedman@rutan.com |
| Sean P. Tucker, Creditor | Roger F. Friedman<br>Rutan & Tucker, LLP<br>611 Anton Blvd 14th Fl<br>Costa Mesa, CA 92626-1931<br>714-641-5100<br>rfriedman@rutan.com |

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

| | |
|---|---|
| Triple Nine Plus Fine Land and Mining Company, LLC, Creditor | Vanessa M. Haberbush<br>Haberbush & Associates LLP<br>444 W Ocean Blvd., Suite 1400<br>Long Beach, CA 90802<br>562-435-3456<br>562-435-6335 (fax)<br>vhaberbush@lbinsolvency.com |
| | David R. Haberbush<br>Haberbush & Associates LLP<br>444 W Ocean Blvd., Suite 1400<br>Long Beach, CA 90802<br>562-435-3456<br>562-435-6335 (fax)<br>dhaberbush@lbinsolvency.com |
| C.B. Nanda, Creditor | Vanessa M. Haberbush<br>Haberbush & Associates LLP<br>444 W Ocean Blvd., Suite 1400<br>Long Beach, CA 90802<br>562-435-3456<br>562-435-6335 (fax)<br>vhaberbush@lbinsolvency.com |
| | David R. Haberbush<br>Haberbush & Associates LLP<br>444 W Ocean Blvd., Suite 1400<br>Long Beach, CA 90802<br>562-435-3456<br>562-435-6335 (fax)<br>dhaberbush@lbinsolvency.com |

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

Respectfully submitted,

HABERBUSH & ASSOCIATES, LLP

Dated: 12/26/13

By: _____
DAVID R. HABERBUSH, Attorneys for Creditors/Appellants Triple Nine Plus Fine Land and Mining Company, LLC, and C.B. Nanda

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEAL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 26, 2013** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Louis H Altman**   laltman@lbinsolvency.com, dhaberbush@lbinsolvency.com,thurd@lbinsolvency.com,vhaberbush@lbinsolvency.com,abostic@lbinsolvency.com,ahaberbush@lbinsolvency.com
**Julian K Bach**   Julian@Jbachlaw.com
**Christopher L Blank**   clblank@pacbell.net
**Roger F Friedman**   rfriedman@rutan.com
**Roger F Friedman**   rfriedman@rutan.com
**Jeffrey I Golden (TR)**   ljones@wgllp.com, jig@trustesolutions.net
**David R Haberbush**   dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,thurd@lbinsolvency.com,vhaberbush@lbinsolvency.com

**Vanessa M Haberbush**   vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,thurd@lbinsolvency.com
**Vanessa M Haberbush**   vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,thurd@lbinsolvency.com
**Ashley M McDow**   amcdow@bakerlaw.com, rojeda@bakerlaw.com;gharris@bakerlaw.com
**Ramesh Singh**   claims@recoverycorp.com
**Scott C Timpe**   stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 26, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Mark S. Wallace, JUDGE**
United States Bankruptcy Court
411 West Fourth Street / Courtroom 6C
Santa Ana, CA 92701-4593

**Jeffrey Sumner Childs**
1139 Aviemore Terrace
Costa Mesa, CA 92627

**Kurt E English**
7700 Irvine Center Drive
Ste 800
Irvine, CA 92618

**David C Werner**
Law Offices of David C Werner
23422 Mill Creek Drive
Ste 110
Laguna Hills, CA 92653

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 26, 2013 | Tasha C. Hurd | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE