| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>George B. Piggott (SBN 68227)<br>A member of George B. Piggott, A Professional Corp.<br>2603 Main Street, Ninth Floor<br>Irvine, California 92614-6232<br>Tel. (949) 261-0500; Fax (949) 261-1085<br><br>Randall P. Mroczynski (SBN 156784)<br>Cooksey, Toolen, Gage Duffy & Woog<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626<br>Tel. (714) 431-1100; Fax (714) 431-1119<br>☐ *Individual appearing without attorney*<br>☒ *Appellate Attorney for:* Appellant C.B. Nanda | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Jeffrey Sumner Childs<br><br><br>Debtor(s). | CASE NO.: 8:12-bk-23047-MW<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): ___C.B. Nanda___

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2015 | Page 1 | Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker (Docket No. 585)

2. The date the judgment, order, or decree was entered: 02/21/2017

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Sean Tucker and Leslie Tucker

   Attorney:
   James I. Stang (SBN 94435)
   Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067

2. Party: Jeffrey I. Golden, Chapter 7 Trustee

   Attorney:
   Michael T Delaney, Esq.
   Ashley M McDow, Esq.
   Baker & Hostetler LLP
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025
   * ADDITIONAL PARTIES ON ATTACHED PAGE

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____  Date: 03/07/2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## ATTACHMENT TO PART 3

3. Party: Pro Se Debtor, Jeffrey Sumner Childs
   1354 Morningside Drive
   Laguna Beach, CA 92651

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

535 Anton Blvd., 10th Floor; Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/07/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/07/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor: | U.S. Bankruptcy Judge: | U.S. Trustee: |
|---|---|---|
| Jeffrey Sumner Childs | Honorable Mark S. Wallace | United States Trustee |
| 1354 Morningside Drive | U.S. Bankruptcy Court | 411 W. Fourth Street, Ste. 7160 |
| Laguna Beach, CA 92651 | 411 W. Fourth Street, Ste. 6135 | Santa Ana, CA 92701 |
| | Santa Ana, CA 92701 | |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2017 | Dalin Suon | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## ADDITIONAL SERVICE INFORMATION

**Chapter 7 Trustee:**
Jeffrey I Golden (TR)
Weiland Golden LLP
P.O. Box 2470
Costa Mesa, CA 92628-2470

**Attorneys for Chapter 7 Trustee:**
Michael T Delaney, Esq.
Ashley M McDow, Esq.
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

**Attorneys for Sean Tucker and Leslie Tucker:**
James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 13th Floor
Los Angeles, CA 90067