Jeffrey I. Golden, A Partner of
**WEILAND GOLDEN GOODRICH LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:12-bk-23047-MW |
| JEFFREY SUMNER CHILDS, | Chapter 7 Case |
| Debtor. | **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 1039 in the sum of $2,800.13 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the names(s), address(es), and amounts(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: 9-20-18

_____
JEFFREY I. GOLDEN
Chapter 7 Trustee

1187511.1     NOTICE OF UNCLAIMED DIVIDEND(S)

# ATTACHMENT

The names and addresses of the party entitled to said unclaimed dividend(s) are as follows:

Class of Creditor: General Unsecured 727(a)(2)

Percentage Paid on Claim: 100% of allowed amount

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | FINAL DISTRIBUTION AMOUNT |
|---|---|---|---|
| 4 | RJM Acquisitions Funding LLC<br>575 Underhill Blvd., Suite 224<br>Syosset, NY  11791 | $2,800.13 | $2,800.13 |
|  |  |  |  |
| TOTAL |  | $2,800.13 | $2,800.13 |

Case Name:  JEFFREY SUMNER CHILDS

Case Number:  8:12-bk-23047-MW

2    NOTICE OF UNCLAIMED DIVIDEND(S)

1187511.1

| | | | |
|---|---|---|---|
| Jeffrey I. Golden, Trustee<br>P.O. Box 2470<br>Costa Mesa CA 92628 | Case #: 12-23047-MW<br>Case: CHILDS, JEFFREY SUMNER  Debtor(s). | | **INDEPENDENT BANK**<br>4040 Washington Ave.<br>Houston, TX - 77007 |

VOID AFTER 90 DAYS    DATE: 09/18/2018    CHECK NO:    1039

PAY:    TWO THOUSAND EIGHT HUNDRED AND 13 / 100    $2,800.13

TO THE ORDER OF:    UNITED STATES BANKRUPTCY COURT

_____
Trustee

UNCLAIMED DIVIDEND - PAID TO THE COURT GENERAL UNSECURED CLAIM #4 PAID @ 100% OF

⑈000010399⑈ ⑆111916326⑆ ⑈463112230479⑈

DATE: 09/18/2018    CHECK NO: 1039    CONTROL NO: 6966    $2,800.13

UNCLAIMED DIVIDEND - PAID TO THE COURT GENERAL UNSECURED CLAIM #4 PAID @ 100% OF ALLOWED AMOUNT

**Payment Details**
4, RJM ACQUISITIONS    $2,800.13

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF UNCLAIMED DIVIDEND(S) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carel Ale    cale@susmangodfrey.com,
mwilliams@susmangodfrey.com;RBruton@susmangodfrey.com;jdunaven@susmangodfrey.com
Louis H Altman    laltman@lbinsolvency.com,
dhaberbush@lbinsolvency.com,vhaberbush@lbinsolvency.com,abostic@lbinsolvency.com,ahaberbush@lbinsolvency.com,jborin@lbinsolvency.com
Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Christopher L Blank    chris@chrisblanklaw.com
Michael T Delaney    mdelaney@bakerlaw.com
Oleg Elkhunovich    oelkhunovich@susmangodfrey.com, gwise@susmangodfrey.com;mwilliams@susmangodfrey.com
Roger F Friedman    rfriedman@rutan.com
Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
David R Haberbush    dhaberbush@lbinsolvency.com,
ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
Vanessa M Haberbush    vhaberbush@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
Michael D McCaffrey    mdm@mccaffreylaw.com
Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
Randall P Mroczynski    randym@cookseylaw.com
David L. Neale    dln@lnbyb.com
Penelope Parmes    penelope@parmeslaw.com, anabel.pineda@troutman.com
George B Piggott    gbpapc@aol.com, gbpapc@aol.com
Leonard M Shulman    lshulman@shbllp.com
Ramesh Singh    claims@recoverycorp.com
James Stang    jstang@pszjlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael A Wallin    mwallin@wallinrussell.com
Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **date**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 20, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

**Honorable Judge Mark Wallace (By Personal Service)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2018 | Lori Werner | /s/ Lori Werner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE