GEORGE B. PIGGOTT (SBN 68227)
A member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION
2603 Main Street, Penthouse
Irvine, California 92614-6232
Tel: (949) 261-0500
Fax: (949) 261-1085

Attorney for Creditor, Objector and Appellant
C.B. NANDA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY SUMNER CHILDS,<br><br>Debtor. | Case No.: **8:12-bk-23047-MW**<br><br>Chapter 7<br><br>**DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL** |

    Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant, C. B. NANDA ("Appellant"), Appellant in the above-entitled action, by and through his attorney of record, George B. Piggott, a member of George B. Piggott, A Professional Corporation, hereby designates Appellant's proposed items to be included in the record on appeal pursuant to Bankruptcy Rule 8009 regarding his appeal from the ORDER GRANTING MOTION FOR CLARIFICATION OF ORDER APPROVING SALE AND TRANSFER OF ASSETS TO SEAN TUCKER AND LESLIE TUCKER entered on October 23, 2018, Docket Number 743. The Notice of Appeal and Statement of Election was filed on November 14, 2018, Docket Number 751.

    The designated items are as follows:

///

///

///

///

1

DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| DESCRIPTION OF DOCUMENT: | DOCKET NO.: |
|---|---|
| Motion to Approve Compromise Between Jeffrey I. Golden and C.B. Nanda Pursuant To Fed. R. Bankr. P. 9019 and Sale of Disputed Interest in Mining Claims Pursuant to 11 U.S.C. §363; Memorandum of Points and Authorities; Declaration of Jeffrey I. Golden in Support Thereof | 450 |
| Notice of Motion Approve Compromise Between Jeffrey I. Golden and C.B. Nanda Pursuant To Fed. R. Bankr. P. 9019 and Sale of Disputed Interest in Mining Claims Pursuant to 11 U.S.C. §363 | 451 |
| Notice of Errata | 455 |
| Secured Creditor's Memorandum of Points and Authorities in Support of Opposition to Trustee's Motion to Approve Compromise Between Jeffrey I. Golden and C. B. Nanda Pursuant to Fed. R. Bankr. P. 9019 and Sale of Disputed Interest in Mining Claims | 456 |
| Order Granting Motion to Approve Compromise Between Jeffrey I. Golden and C. B. Nanda Pursuant to Fed. R. Bankr. P. 9019 and Sale of Disputed Interest In Mining Claims Pursuant to 11 U.S.C. 363 | 471 |
| Motion to Approve Sean Tucker and Leslie Tucker as Qualified Bidders and as Entitled to Credit Bid | 474 |
| Declaration of Sean Tucker in Support of Motion to Approve Sean Tucker and Leslie Tucker as Qualified Bidders and as Entitled to Credit Bid | 480 |
| Notice of Hearing on Motion to Approve Sean Tucker and Leslie Tucker as Qualified Bidders and as Entitled to Credit Bid | 481 |
| Opposition to Motion to Approve Sean Tucker and Leslie Tucker as Qualified Bidders and as Entitled to Credit Bid | 484 |

DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| DESCRIPTION OF DOCUMENT: | DOCKET NO.: |
|---|---|
| Reply to Opposition filed by Trustee Jeffrey I. Golden to Motion to Approve Sean Tucker and Leslie Tucker as Qualified Bidders and as Entitled to Credit Bid | 485 |
| Transcript of Hearing held on 06/22/2016 | 530 |
| Transcript of Hearing held on 11/14/2016 | 551 |
| Transcript of Hearing held on 12/05/2016 | 552 |
| Order Granting in Part and Denying in Part Motion to Approve Sean Tucker and Leslie Tucker As Qualified Bidders and as Entitled to Credit Bid | 566 |
| Transcript of Hearing held on 01/23/2017 | 584 |
| Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker | 585 |
| Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker | 733 |
| Opposition to Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker By C. B. Nanda | 736 |
| Declaration of George B. Piggott in Support of Opposition to Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker By C.B. Nanda | 737 |
| Reply to Opposition to Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker | 738 |
| Notice of Lodgment of Order in Bankruptcy Case Re: (title of motion): Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker & Leslie Tucker | 743 |
| Objection By C. B. Nanda to Proposed Order Granting Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker; Proposed Alternative Order Attached | 745 |

| | **DESCRIPTION OF DOCUMENT:** | **DOCKET NO.:** |
|---|---|---|
| | Reply to Objection by C. B. Nanda to Proposed Order Granting Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker | 746 |
| | Transcript of Hearing on 10/22/2018 | 749 |
| | Notice of Appeal and Statement of Election | 751 |
| | Docket in Case No. 8:12-bk-23047-MW | |
| | Docket in Adversary No. 8:13-ap-01094-MW | |
| | Docket in Adversary No. 8:13-ap-01096-MW | |
| | Docket in Adversary No. 8:13-ap-01351-MW | |
| | Docket in Adversary No. 8:13-ap-01390-MW | |
| | Docket in Adversary No. 8:14-ap-01108-MW | |
| | Docket in Adversary No. 8:14-ap-01135-MW | |

DATED: November 28, 2018

/s/ George B. Piggott
GEORGE B. PIGGOTT, a member of
GEORGE B. PIGGOT, A PROFESSIONAL CORPORATION
Attorney for Creditor, Objector and Appellant
C.B. NANDA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2603 Main Street, Penthouse, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 28, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Carel Ale** – cale@susmangodfrey.com, mwilliams@susmangodfrey.com, RBruton@susmangodfrey.com, jdunaven@susmangodfrey.com
**Louis H. Altman** – laltman@lbinsolvency.com, dhaberbush@lbinsolvency.com, vhaberbush@lbinsolvency.com, abostic@lbinsolvency.com, jborin@lbinsolvency.com
**Julian K. Bach** – Julian@Jbachlaw.com, julianbach@sbcglobal.net
**Michael Jay Berger** – Michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com, michael.berger@ecf.inforuptcy.com
**Christopher L. Blank** – chris@chrisblanklaw.com
**Michael T. Delaney** – mdelaney@bakerlaw.com
**Oleg Elkhunovich** – oelkhunovich@susmangodfrey.com, gwise@susmangodfrey.com, mwilliams@susmangodfrey.com
**Roger F. Friedman** – rfriedman@rutan.com
**Jeffrey I. Golden (TR)** – lwerner@wgllp.com, jig@trustesolutions.net, kadele@wgllp.com, lfisk@wgllp.com, ljones@wgllp.com
**Nancy S. Goldenberg** – nancy.goldenberg@usdoj.gov
**David R. Haberbush** – dhaberbusyh@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com
**Vanessa M. Haberbush** – vhaberbush@lbinsolvency.com, dhaberbusyh@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com
**Michael D. McCaffrey** – mdm@mccaffreylaw.com
**Ashley M. McDow** – amcdow@foley.com, Khernandez@foley.com, Ffarivar@foley.com
**Randall P. Mroczynski** – randym@cookseylaw.com
**David L. Neale** – dln@inbyb.com
**Penelope Parmes** – Penelope@parmeslaw.com, anabel.pineda@troutman.com
**George B. Piggott** – gbpapc@aol.com
**Leonard M. Shulman** – lshulman@shblip.com
**Ramesh Singh** – claims@recoverycorp.com
**James Stang** – jstang@pszjlaw.com
**United States Trustee (SA)** – ustpregion16.sa.ecf@usdoj.gov
**Michael A. Wallin** – mwallin@wallinrussell.com
**Johnny White** – JWhite@wrslawyersl.com, aparisi@wrslawyers.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **November 28, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jeffrey Sumner Childs
1354 Morningside Dr.
Laguna Beach, CA  92651

Kurt E. English
7700 Irvine Center Drive, Suite 800
Irvine, CA  92618

Crowe Horwath LLP
15233 Ventura Bl., 9th Floor
Sherman Oaks, CA  91403

Jeffrey S. Childs
1139 Aviemor Terrace
Costa Mesa, CA  92627

**Attorney for Triple Nine Plus Fine Land and Mining:**
Stephanie A. Pittaluga
608 Santa Maria
Irvine, CA  92606

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 28, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Hon. Mark S. Wallace
United States Bankruptcy Court
411 West 4th Street, Suite 6135
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2018 | George B. Piggott | /s/ George B. Piggott |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE